UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

VINCENT E. AGBONTAEN,   Case Number: 6:14-bk-13337-KSJ
   Chapter 13

      Debtor.
_____/

    x    **Chapter 13 Plan**            **First Amended Chapter 13 Plan**

**COMES NOW** the Debtor and files this Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number | Months of Plan | Amount of Plan Payment |
|---|---|---|
| 1-60 | January 7, 2015 through December 7, 2019 | $695.00 |

The Debtor shall pay by **money order, cashier's check, online, or wage deduction**, to **Laurie K. Weatherford, Chapter 13 Standing Trustee**, Post Office Box 1103, Memphis, **Tennessee 38101-1103**. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by Court Order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Paul L. Urich, Esquire | $2,500.00 | $100.00 | 1-25 |
| Law Office of Paul L. Urich, P.A. |  | $ 0.00 | 26-60 |

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and:

**Priority Claims**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A |  |  |  |

**Secured Claims**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|

**Adjustments will be made to tax claims as needed and after the undersigned attorney's office has all pertinent information as far as tax certificate amounts and tax certificate holders and after claims are filed in this case.**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| #1 Magnolia Real Estate 1, LLC<br>934 S. Central Ave., Apopka, FL<br>09-21-28-0196-80833 | $4,758.06<br>18% interest<br>2008-2010 Taxes | $121.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector<br>563 Martin Place Blvd., Apopka, FL<br>04-21-28-5525-00110 | $ 93.44<br>$ 0.00<br>18% interest<br>2014 Tax | $ 15.00<br>$ 0.00<br>*or until paid in full if paid earlier* | 1-11<br>12-60 |
| Orange County Tax Collector [1]<br>563 Martin Place Blvd., Apopka, FL<br>04-21-28-5525-00110 | $ 147.30<br>$ 0.00<br>18% interest<br>2013 Tax | $ 15.00<br>$ 0.00<br>*or until paid in full if paid earlier* | 1-18<br>19-60 |
| Orange County Tax Collector<br>934 S. Central Ave., Apopka, FL<br>09-21-28-0196-80833 | $ 390.26<br>18% interest<br>2014 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [2]<br>934 S. Central Ave., Apopka, FL<br>09-21-28-0196-80833 | $ 436.92<br>18% interest<br>2013 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [3]<br>934 S. Central Ave., Apopka, FL<br>09-21-28-0196-80833 | $ 478.34<br>18% interest<br>2012 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [4]<br>934 S. Central Ave., Apopka, FL<br>09-21-28-0196-80833 | $ 733.68<br>18% interest<br>2011 Tax | $ 19.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector<br>702 Marvin C. Zanders Ave., Apopka FL<br>09-21-28-0196-70201 | $ 341.30<br>18% interest<br>2014 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |

---

[1] Or current tax certificate holder
[2] Or current tax certificate holder
[3] Or current tax certificate holder
[4] Or current tax certificate holder

| | | | |
|---|---|---|---|
| 21 Holdings LLC<br>702 Marvin C. Zanders Ave., Apopka, FL<br>09-21-28-0196-70201 | $4,678.08<br>18% interest<br>2008, 2009, 2010,<br>2011, 2012, 2013 | $122.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector<br>36 W. Michael Gladden Blvd., Apopka, FL<br>09-21-28-0196-80542 | $ 274.40<br>18% interest<br>2014 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [5]<br>36 W. Michael Gladden Blvd., Apopka, FL<br>09-21-28-0196-80542 | $ 389.06<br>18% interest<br>2013 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [6]<br>36 W. Michael Gladden Blvd., Apopka, FL<br>09-21-28-0196-80542 | $ 483.57<br>18% interest<br>2012 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [7]<br>36 W. Michael Gladden Blvd., Apopka, FL<br>09-21-28-0196-80542 | $ 653.26<br>18% interest<br>2010 Tax | $ 17.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [8]<br>36 W. Michael Gladden Blvd., Apopka, FL<br>09-21-28-0196-80542 | $ 794.40<br>18% interest<br>2009 Tax | $ 21.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [9]<br>36 W. Michael Gladden Blvd., Apopka, FL<br>09-21-28-0196-80542 | $ 994.83<br>18% interest<br>2008 Tax | $ 26.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector<br>944 S. Central Ave., Apopka, FL<br>09-21-28-0196-80832 | $ 379.32<br>18% interest<br>2014 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [10]<br>944 S. Central Ave., Apopka, FL<br>09-21-28-0196-80832 | $ 421.23<br>18% interest<br>2013 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |

---

[5] Or current tax certificate holder
[6] Or current tax certificate holder
[7] Or current tax certificate holder
[8] Or current tax certificate holder
[9] Or current tax certificate holder
[10] Or current tax certificate holder

| | | | |
|---|---|---|---|
| Orange County Tax Collector [11]<br>944 S. Central Ave., Apopka, FL<br>09-21-28-0196-80832 | $ 560.44<br>18% interest<br>2012 Tax | $ 15.00<br>*or until paid in full if paid earlier* | 1-60 |
| Orange County Tax Collector [12]<br>944 S. Central Ave., Apopka, FL<br>09-21-28-0196-80832 | $ 685.77<br>18% interest<br>2011 Tax | $ 18.00<br>*or until paid in full if paid earlier* | 1-60 |
| Magnolia Real Estate 1, LLC<br>944 S. Central Ave., Apopka, FL<br>09-21-28-0196-80832 | $2,162.55<br>18% interest<br>2008 – 2010 Taxes | $102.00<br>*or until paid in full if paid earlier* | 1-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Property/Property Interest to Be Surrendered**

| Name of Creditors Affected | Property Address or Collateral Surrendered |
|---|---|
| N/A | |

**Valuation of Security**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Executory Contracts**
    The following Executory Contracts are assumed:    N/A
    The following Executory Contracts are rejected:    N/A

**Unsecured Creditors:**  Unsecured creditors, whose claims are timely filed and allowed, shall receive a pro rata share of the balance of the funds remaining after payments to Administrative, Priority and Secured Creditors are made, as may be applicable.  Estimated distribution: N/A

---

[11] Or current tax certificate holder
[12] Or current tax certificate holder

**NOTE:** All tax returns that come due during the term of the Plan must be filed by the April tax due date and timely. Each year of the Plan term and by no later than April 30th, the Debtor shall forward to the undersigned attorney's office and to the Chapter 13 Trustee a complete copy of the <u>filed</u> tax return with all schedules and statements attached. The tax return must be sent to the correspondence address of the Chapter 13 Trustee, Laurie K. Weatherford. The Trustee's correspondence-only address is Post Office Box 3450, Winter Park, Florida 32790-3450. The tax return may also be uploaded to the Trustee's document site by the undersigned law firm.

If a tax is due on the subject tax return, the Debtor must forward proof that the tax has been timely paid. If there is a refund on the subject tax return, the Debtor must forward the refund to the Trustee's payment address, absent Court or Trustee approval to keep the tax refund.

**ADDITIONAL NOTE: All future real estate taxes (Year 2015 forward) will be paid directly to the Orange County Tax Collector timely for all relevant parcels.**

Date:   December 19, 2014

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document is being sent by United States Regular Mail, postage prepaid, or by CM/ECF electronic transmission, as may be applicable, to all creditors and interested parties, as listed on the Court Matrix, on December 19, 2014.

Respectfully submitted,

**LAW OFFICE OF PAUL L. URICH, P.A.**

BY:   /s/ *Paul L. Urich, Esquire*
Paul L. Urich, Esquire
1510 East Colonial Drive
Suite 204
Orlando, Florida 32803
Telephone: (407) 896-3077
Telecopy:   (407) 896-3041
Florida Bar No.:0088780
Email:  paulu@urichoffice.com
Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-13337-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Dec 19 12:59:04 EST 2014 | Vincent E Agbontaen<br>563 Martin Place Blvd<br>Apopka, FL 32712-3575 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Magnolia Real Estate  1, LLC<br>558 W. New England Ave.<br>Suite 250<br>Winter Park, FL 32789-4254 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Orange County Tax Collector<br>Attn: Scott Randolph<br>PO Box 545100<br>Orlando, FL 32854-5100 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Paul L Urich +<br>Law Office of Paul L Urich PA<br>1510 East Colonial Drive<br>Suite 204<br>Orlando, FL 32803-4734 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Karen S. Jennemann<br>Orlando | End of Label Matrix<br>Mailable recipients    11<br>Bypassed recipients     1<br>Total                   12 |