TO WHOM IT MAY CONCERN,

MY HUSBAND HAS BEEN DEAD GOING ON TWO MONTHS; HE CAN NOT APPEAR IN BANKRUPTCY COURT; I HAVE ALREADY INFORMED THE COURT & LAWYER. I AM SENDING THE DEATH CERTICATE TO PROVE THAT HE IS DEAD (COPY). I CAN NOT FILE THESE PAPERS TO I TALK TO A LAWYER. I AM NOT MY HUSBAND, HIS DEBTS SHOULD BE PAID, HE IS NO LONGER LIVING. I AM NOT THE DEBTOR MY HUSBAND IS. I CAN NOT SIGN THESE PAPERS. I HAVE THE ORIGNAL PAPERS, THESE ARE COPIES. MY NUMBERS IS 407-376-6613, I NEED TO KNOW WHAT TO DO. THIS SHOULD BE DISMISS SEEN MY HUSBAND IS DEAD.

GWENDOLYN AGBONTAEN

*Gwendolyn Agbontaen* (signature)

**FILED VIA MAIL**
MAR 04 2015
CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

## STATE OF FLORIDA
### BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2015002420  **DATE ISSUED:** February 26, 2015

**STATE FILE DATE:** January 9, 2015

## DECEDENT INFORMATION
NAME: VINCENT  E  AGBONTAEN  SR

DATE OF DEATH: FOUND ON January 4, 2015   SEX: MALE   AGE: 055 YEARS
DATE OF BIRTH: July 23, 1959   SSN: ███-██-6017
BIRTHPLACE: LONDON, GREAT BRITAIN
PLACE WHERE DEATH OCCURRED:   DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 563 MARTIN PLACE BOULEVARD
LOCATION OF DEATH: APOPKA, ORANGE COUNTY, 32712

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: MARRIED
SPOUSE (IF FEMALE, MAIDEN NAME): GWEN  B  BEA
RESIDENCE:  563 MARTIN PLACE BLVD, APOPKA, FLORIDA 32712, UNITED STATES
COUNTY: ORANGE
OCCUPATION, INDUSTRY: ENTREPRENEUR, REALTOR
RACE:    ___White    X  Black or African American    ___Asian Indian    ___Chinese    ___Filipino    ___Native Hawaiian
___American Indian or Alaskan Native--Tribe:                    ___Japanese    ___Korean    ___Vietnamese
___Guamian or Chamorro         ___Samoan         ___Other Pacific Isl:
___Other Asian:                                  ___Other:                                    ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: BACHELORS DEGREE                    EVER IN U.S. ARMED FORCES? NO

## PARENTS AND INFORMANT INFORMATION
FATHER:  UNKNOWN  UNKNOWN
MOTHER:  ELIZABETH  AGBONTAEN
INFORMANT:  GWEN  B  AGBONTAEN
RELATIONSHIP TO DECEDENT: WIFE
INFORMANT'S ADDRESS: 563 MARTIN PLACE BLVD, APOPKA, FLORIDA  32712, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION:   METRO CREMATORY
                        OCOEE, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER:  CALVIN L. SHEFFIELD, F061157
FUNERAL FACILITY:  MARVIN C ZANDERS FUNERAL HOME F039777
                   232 WEST MICHAEL GLADDEN BLVD, APOPKA, FLORIDA  32703

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: ASSOCIATE MEDICAL EXAMINER   MEDICAL EXAMINER CASE NUMBER: 150900018
TIME OF DEATH (24 hr): FOUND 2303
CERTIFIER'S NAME:  JOSHUA DAVID STEPHANY
CERTIFIER'S LICENSE NUMBER:  ME95707
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED

*Ken Jones*
State Registrar

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

REQ: 2015709356

DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD    Florida HEALTH